UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

RG Golf Warehouse, Inc.,                    Court File No. 19-CV-0585 (WMW/DTS)

          Plaintiff,
vs.

The Golf Warehouse, LLC,

          Defendant.
_____

**DECLARATION OF BRYAN R. BATTINA**
_____

I, Bryan R. Battina, submit the following Declaration:

1. I am a shareholder with Trepanier MacGillis Battina P.A., and an attorney for the Plaintiff RG Golf Warehouse, Inc.

2. Attached hereto as **Exhibit A** is clean version of Plaintiff's proposed amended complaint.

3. Attached hereto as **Exhibit B** is redline version of Plaintiff's proposed amended complaint.

4. The amended complaint eliminates the claims dismissed by Judge Wright and proposes to add a claim for tortious interference with contract.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Jamey Maki which was filed in the Florida action.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 23, 2020.

By: *s/Bryan R. Battina*
_____
Bryan R. Battina, Atty. Reg. No. 338102