UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RG Golf Warehouse, Inc., | Case No: 0:19-cv-00585 (WMW-DTS) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO AMEND PLEADINGS |
| The Golf Warehouse, Inc., | |
| Defendant. | |

## ORDER

This matter came before the Court on Thursday, July 16, 2020 at 10:30 a.m., before the undersigned Judge, in the United States District Court for the District of Minnesota, regarding Defendant The Golf Warehouse, Inc.'s ("TGW") motion for an order pursuant to Fed R. Civ. P. 15(a)(2) granting TGW's Motion to Amend Pleadings.

Based upon the foregoing, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. TGW's Motion to Amend Pleadings is **GRANTED.**

2. TGW shall serve and file its Amended Answer & Counterclaims against Plaintiff within ten (10) days of this Order.

**SO ORDERED:**

Dated: _____, 2020     _____
                                    Hon. David T. Schultz
                                    United States Magistrate Judge