UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

RG Golf Warehouse, Inc.,                      Court File No. 19-CV-0585 (WMW/DTS)

        Plaintiff,
vs.

The Golf Warehouse, Inc.,

        Defendant.
_____

**DECLARATION OF COUNSEL BRYAN R. BATTINA**
_____

I, BRYAN R. BATTINA, hereby declare and state as follows:

    1.    I am an attorney of the law firm Trepanier MacGillis Battina P.A., in Minneapolis, Minnesota. I am one of the attorneys of record for Plaintiff RG Golf Warehouse, Inc. in the above-captioned matter.

    2.    Attached as <u>Exhibit A</u> is a true and correct copy of the declaration of Brett Hamrick dated July 31, 2018 which was filed in the Florida action.

    3.    Attached as <u>Exhibit B</u> is a true and correct copy of Defendant's Answers to Plaintiff's Interrogatories.

    4.    Attached as <u>Exhibit C</u> is a true and correct copy of the e-mail sent to defense counsel and notice of damages expert dated May 27, 2020.

FURTHER YOUR DECLARANT SAITH NOT.

    This declaration was executed on July 9, 2020 in the County of Hennepin, State of Minnesota.  I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

                                        */s/ Bryan R. Battina*
                                        _____
                                        Bryan R. Battina