UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

RG Golf Warehouse, Inc.,

        Plaintiff,

vs.

        Case No. 17-cv-695-JES-MRM

The Golf Warehouse, Inc.,

        Defendant.

### SUPPLEMENTAL DECLARATION OF BRETT HAMRICK

I, Brett Hamrick, submit the following Supplemental Declaration:

1. I am the Chief Financial Officer ("CFO") of The Golf Warehouse, Inc. ("TGW"), the Defendant in the above-captioned matter. I offer this Supplemental Declaration in support of TGW's Opposition to Plaintiff's Motion For Leave To Amend.

2. During my deposition on June 26, 2018, counsel for RG Golf Warehouse, Inc. ("RG Golf") asked me a number of questions regarding commission reports based on web data that TGW may have generated in the 2013 and 2014 time period. He referred to those reports as "IT Reports." I explained to him that when TGW migrated (moved) from its internally developed website platform to a new electronic system, the data used to generate the so-called IT Reports, and the reports themselves, may have been lost. He then asked me when that migration occurred and I initially testified I believed that migration happened sometime in October, 2015. (Tr. 44: 1-7.) However, after thinking

about it further, I clarified *during the deposition* that I was not completely sure when the data he was talking about might have been lost. As I stated:

> Before we get started again, can I just clarify as I was thinking back through the discussion we had. You were asking about the IT report that Mr. Ploog asked for and the fact that our systems are no longer available for that report. *We went back and forth a lot on a specific date and I'm not 100 percent sure when that system was shut down.* (Tr. 74: 12-91; 75: 1-5.) (Emphasis added.)

3. Following the deposition, I checked with Scott Wagner, TGW's Vice President of Information Technology, and was able to determine that, in fact, the platform migration which I discussed during my deposition did occur in late 2015 and early 2016. However, TGW's original, internally developed (legacy) website platform was not actually decommissioned (and the alleged data loss about which RG Golf is now complaining was therefore not "lost") until early January, 2017. At that time, there was no litigation pending between the parties. The contract at issue in this lawsuit was terminated in November, 2014, more than two years earlier. In addition, the trademark litigation between the parties, which RG Golf refers to in its brief, ended in October, 2015, fully fourteen (14) months earlier. Finally, the current lawsuit was not commenced until December, 2017, some eleven (11) months later.

4. In addition, the Court should be aware that the decision by TGW to migrate from its internally developed website platform, to a new more sophisticated website platform, was not in any way related to RG Golf or the dispute with RG Golf. Instead, it was motivated by the fact that TGW's original, legacy website platform was internally developed and was both highly dependent on the original developers and increasingly

2
EXHIBIT A

unstable and difficult to modify to incorporate new functionality. By 2015, TGW had decided it needed to move to a more stable and adaptable platform, and settled on one called "IBM Websphere Commerce." TGW went live on IBM Websphere Commerce in October 2015 for its golf website, and in May 2016 for its baseball business. The hardware and software systems that were used to run TGW's legacy website were decommissioned in January, 2017, in the normal course of business, as these systems were no longer in use or worth the additional expense to maintain them.

5. Finally, I should point out that TGW is continuing to work to see if the so-called IT Report is irretrievably lost, or whether it can somehow be recreated using damaged or partial versions of files. In mid-July, an individual from TGW's parent company's IT organization was able to locate an archived version of TGW's website database on one of their servers, as well as data contained in that database. Based on the initial investigation of that version, TGW believes the data is complete and may be usable to recreate reports. However, at present the website is not functional, and reconstructing a functional version of the requested data is likely to be extremely expensive and a highly manual process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 31, 2018

_Brett Hamrick_
Brett Hamrick