# Bryan R. Battina (Attorney)

| | |
|---|---|
| **From:** | Bryan R. Battina (Attorney) |
| **Sent:** | Wednesday, May 27, 2020 1:37 PM |
| **To:** | Patrick J. Rooney; Schaan P Barth |
| **Subject:** | RG Golf v. The Golf Warehouse |
| **Attachments:** | 2020 05 27 Rule 26(a)(2)(A) Plaintiff's Expert Witness Disclosure - RG Golf.pdf |

Counsel –

Please see attached Plaintiff's exert witness disclosure. Let me know if you have any questions.

Thanks,

Bryan

Bryan R. Battina, Attorney
**TREPANIER MACGILLIS BATTINA** P.A.
8000 Flour Exchange Building
310 Fourth Avenue South
Minneapolis, MN  55415
Direct:  612.455.0505
Fax:  612.455.0501
bbattina@trepanierlaw.com
www.trepanierlaw.com

*Bryan R. Battina is a qualified Arbitration Neutral under Rule 114
and a licensed real estate broker.



*Corporate \ Real Estate \ Litigation \ Employment*

This message is sent by a lawyer or on behalf of a law firm.  The contents of this message are intended solely for the recipient(s) named above. This communication is confidential and may be subject to the attorney-client and/or work product privileges and may contain confidential, proprietary, trade secrets, or other information protected by law. If you are not the intended recipient, please delete this message and do not use or disclose its contents or attachments. We do not accept new clients by e-mail and receipt of this e-mail does not create an attorney-client relationship.  By choosing to correspond by e-mail, you acknowledge that you understand and assume the security risks inherent with e-mail.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
_____

| | |
|---|---|
| RG Golf Warehouse, Inc., | Court File No. 19-CV-0585 (WMW/DTS) |
| Plaintiff, | Honorable Wilhelmina M. Wright |
| vs. | |
| | Magistrate Judge David T. Schultz |
| The Golf Warehouse, Inc., | |
| Defendant. | |

_____

**PLAINTIFF'S EXPERT WITNESS DISCLOSURES**
_____

Pursuant to Fed. R. Civ. P. 26(a)(2)(A), Plaintiff RG Golf Warehouse, Inc. (**"Plaintiff"**) hereby discloses the identity of the following expert witness that Plaintiff may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

| Expert Witness | Summary of Expert Knowledge |
|---|---|
| Fernando Torres<br>Chief Economist<br>IP Metrics LLC<br>9320 Chesapeake Drive<br>Suite 110<br>San Diego, CA 92123 | An expert report will be served in accordance with Fed. R. Civ. P. 26(a)(2)(B) and the Court's Scheduling Order. |

Dated:  May 29, 2020.  **TREPANIER MACGILLIS BATTINA P.A.**

*s/Bryan R. Battina*

By: _____
   Bryan R. Battina, Atty. Reg. No. 338102
      *bbattina@trepanierlaw.com*
   8000 Flour Exchange Building
   310 Fourth Avenue South
   Minneapolis, MN  55415
   Phone:  612.455.0500
   Fax:  612.455.0501
   *www.trepanierlaw.com*

**ATTORNEYS FOR PLAINTIFF
RG GOLF WAREHOUSE, INC.**