# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| RG Golf Warehouse, Inc., | ) **COURT MINUTES** |
| | ) BEFORE: Wilhelmina M. Wright, |
| Plaintiff, | ) U.S. District Judge |
| | ) |
| v. | ) Case No:        19-cv-0585 (WMW/DTS) |
| | ) Date:           May 6, 2022 |
| The Golf Warehouse, LLC, | ) Courthouse:      Saint Paul |
| | ) Courtroom:       7A |
| Defendant. | ) Deputy:          Mona Eckroad |
| | ) Court Reporter:  Lori Simpson |
| | ) Time in Court:   9:27 a.m. – 10:11 a.m. |
| | ) Total time:      44 Minutes |

**APPEARANCES:**

Plaintiff:     Patrick J. Rooney

Defendant:   Bryan R. Battina

**HEARING ON:**

Defendant's Motion to Exclude Expert Testimony and Motion for Summary Judgment. [102]
Plaintiff's Motion for Summary Judgment. [107]

**PROCEEDINGS:**

The motions were argued and taken under advisement. Order to follow.

s/Mona Eckroad
Courtroom Deputy