# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SETTLEMENT CONFERENCE MINUTES

---

| | |
|---|---|
| RG Golf Warehouse, Inc., | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiff, | United States Magistrate Judge |
| | |
| v. | Case No.  19-cv-585 (WMW/DTS) |
| | Date:  May 9, 2022 |
| The Golf Warehouse, LLC, | Location:  Courtroom 9E |
| | Time Commenced: 10:00 a.m. |
| Defendant. | Time Concluded:   11:40 p.m. |
| | Total Time:   1 hrs. 40 min. |

---

APPEARANCES:

    For Plaintiff:   Bryan Battina

    For Defendant:  Patrick Rooney


PROCEEDINGS:

  _X_    No settlement reached.

  ___    Binding settlement reached. Terms stated on the record. Any transcript or copy of the audio file of the terms of settlement is CONFIDENTIAL and shall be SEALED, with access being allowed only to the parties and their counsel. (Audio: T:/zoom)


Date: May 9, 2022                              s/TJB_____
                                                      Courtroom Deputy